**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1005**

---

REVEREND DR. SAMUEL T. WHATLEY,

       Plaintiff - Appellant,

    v.

ELMORE COUNTY PROBATE OFFICE; JOHN THORNTON,

       Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Sherri A. Lydon, District Judge.  (2:23-cv-00800-SAL)

---

Submitted:  March 12, 2024                    Decided:  March 15, 2024

---

Before GREGORY, RICHARDSON, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Samuel T. Whatley, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reverend Dr. Samuel T. Whatley appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice* Whatley's civil action, which summarily alleged that a fraudulent property deed was recorded in 2023. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Whatley v. Elmore Cnty. Prob. Off.*, No. 2:23-cv-00800-SAL (D.S.C. Dec. 13, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

\* The district court's dismissal without prejudice is a final order because the court dismissed the complaint "without granting leave to amend." *Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (order).